SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

ALEXANDER ORTIZ,

       Plaintiff,

  -against-

CITY OF NEW YORK, QUEENS;
RUSSELL K. PAISLEY, Attorney at Law;
Assistant District Attorney HEATHER PEARSON;
ARRESTING DETECTIVE on 06-05-07,

       Defendants.
_____X

**CIVIL JUDGMENT**

07 Civ. 11255 (KMW)

Pursuant to the order issued ____JUL 2 5 2008____ by the Honorable Kimba M. Wood, Chief Judge, dismissing the complaint, it is,

**ORDERED, ADJUDGED AND DECREED**: That the complaint is dismissed for lack of subject matter jurisdiction, failure to state a claim upon which relief may be granted and for asserting claims against a party immune from suit. See Fed. R. Civ. P. 12(b)(1), (3) and 12(h)(3); 28 U.S.C. § 1915(e)(2)(B)(ii), (iii). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the this order would not be taken in good faith.

_____
KIMBA M. WOOD
Chief Judge

Dated: JUL 2 5 2008
New York, New York